UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22953-WPD

DANIEL BARRIOS,
and other similarly situated individuals,

    Plaintiff,

vs.

SPECIALIZED TOWING AND TRANSPORATION,
INC.,

    Defendant.
_____/

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND FOR DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the Joint Motion for Approval of Settlement and for Dismissal with Prejudice (the "Motion"). [DE 30]. The Court has carefully reviewed the Motion [DE 30], the Settlement Agreement attached thereto [DE 30-1], and is otherwise fully advised in the premises.

Having reviewed the relevant terms of the Settlement Agreement, the Court approves the Settlement Agreement as a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Motion [DE 30] is **GRANTED**;

2. The parties' Settlement Agreement [DE 30-1] is hereby **APPROVED**;

3. The Case is **DISMISSED WITH PREJUDICE**; and

4. The Clerk is directed to **CLOSE** the case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 18 day of April, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record